UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 14-20010-CIV-MORENO

VITALII PYSARENKO,

    Plaintiff,

vs.

CARNIVAL CORP. d/b/a CARNIVAL CRUISE LINES,

    Defendant.

_____/

## ORDER STRIKING PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION TO COMPEL ARBITRATION

THIS CAUSE came before the Court upon Plaintiff's Response in Opposition to Defendant's Motion to Compel Arbitration **(D.E. No. 23)**, filed on **February 18, 2014**.

THE COURT has considered the filing and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that Plaintiff's Response in Opposition to Defendant's Motion to Compel Arbitration is STRICKEN. Local Rule 7.1(c)(2) requires that responses to motions be no more than twenty (20) pages in length without prior Court approval. Plaintiff's Response brief exceeds this length without Court approval. Plaintiff, in a footnote, argues that "[t]hough this memorandum reaches the 21st page, the initial caption and signature are not to be counted against the page limit." Simply stating that Plaintiff's brief complies with the local rules does not make it so; Local Rule 7.1(c)(2) provides Plaintiff with no cover for his error. The Court notes that, had Plaintiff exercised greater discretion over his liberal use of footnotes, the brief would likely have satisfied the local

rules. Plaintiff's brief violates Local Rule 7.1(c)(2). It is therefore STRICKEN.

DONE AND ORDERED in Chambers at Miami, Florida, this __ day of March, 2014.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

Counsel of Record