UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 14-20010-CIV-MORENO

VITALII PYSARENKO,

    Plaintiff,

vs.

CARNIVAL CORP. d/b/a CARNIVAL CRUISE LINES,

    Defendant.
_____/

## ORDER DENYING DEFENDANT'S UNOPPOSED MOTION TO EXCEED PAGE LIMIT AND STRIKING DEFENDANT'S REPLY MEMORANDUM

THIS CAUSE came before the Court upon Defendant's Unopposed Motion to Exceed Page Limit for Defendant's Reply Memorandum of Law in Support of Its Motion to Dismiss and Compel Arbitration **(D.E. No. 26)** and Defendant's Reply Memornadum [*sic*] in Support of Its Motion to Dismiss and Compel Arbitration **(D.E. No. 27)**, filed on **March 3, 2014**.

THE COURT has considered the motion and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion is DENIED. Defendant's Reply Memornadum [*sic*] in Support of Its Motion to Dismiss and Compel Arbitration was in excess of 10 pages and was filed without the permission of the Court. It thus violates Local Rule 7.1(c)(2). The Reply is therefore STRICKEN.

DONE AND ORDERED in Chambers at Miami, Florida, this 4 day of March, 2014.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

Counsel of Record