UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 14-CV-20010-MORENO

VITALII PYSARENKO,

    Plaintiff,

vs.

CARNIVAL CORP. d/b/a
CARNIVAL CRUISE LINES,

    Defendant.
_____/

## DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO FILE A CORRECTED REPLY MEMORANDUM IN SUPPORT OF ITS MOTION TO COMPEL ARBITRATION AND FOR SAME TO BE ACCEPTED AS TIMELY FILED

    Defendant, CARNIVAL CORPORATION d/b/a CARNIVAL CRUISE LINES, ("Carnival"), by and through undersigned counsel, and pursuant to Rule 7.1 of the Local Rules governing practice in and for the United States District Court for the Southern District of Florida, respectfully requests leave of Court to file its Corrected Reply Memorandum in Support of its Motion to Dismiss and Compel Arbitration and for Same to be Accepted as Timely Filed and as grounds therefor, states as follows:

    1.    Carnival filed its Reply Memorandum in Support of its Motion to Dismiss and Compel Arbitration on March 3, 2014 (the "original Reply").

    2.    The original reply was formatted in double line spacing and, in that format, did not comply with S.D.Fla. L. R. 7.1(c)(2), limiting reply memoranda to ten (10) pages. The original reply was approximately eleven (11) pages.

    3.    For this reason, the Court entered an order striking Carnival's original reply on March 5, 2014 (DE 30).

CASE NO. 12-CV-22481-UNGARO/TORRES
PAGE 2

4.    Carnival has prepared a proposed Corrected Reply which is approximately nine (9) pages in length and complies with the requirements of Local Rules 7.1(c)(2) and 5.1(a). *See* Exhibit "1" attached hereto.

**LOCAL RULE 7.1(A)(3) CERTIFICATE OF GOOD FAITH CONFERRAL**

Undersigned counsel spoke with counsel for Plaintiff, Christopher J. Bailey, Esquire, on March 12, 2014, who represented Plaintiff has no objection to the instant request for relief herein.

WHEREFORE, Defendant, Carnival Cruise Lines, respectfully requests this Court grant it leave to file its proposed Corrected Reply Memorandum in Support of its Motion to Dismiss and Compel Arbitration.

Dated: March 12, 2014
       Miami, Florida

                                              */s/ Nicholas A. Applin*
                                              **Nicholas A. Applin**
                                              Florida Bar No. 92243
                                              napplin@admiral-law.com
                                              HORR, NOVAK & SKIPP, P.A.
                                              Two Datran Center, Suite 1700
                                              9130 S. Dadeland Boulevard
                                              Miami, FL  33156
                                              Telephone: (305) 670-2525
                                              Facsimile:  (305) 670-2526
                                              Attorneys for Defendant

CASE NO. 12-CV-22481-UNGARO/TORRES
PAGE 3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 12, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

        */s/ Nicholas A. Applin*
**Nicholas A. Applin**
Florida Bar No. 92243
napplin@admiral-law.com

/1301

CASE NO. 12-CV-22481-UNGARO/TORRES
PAGE 4

## SERVICE LIST

**Tonya J. Meister, Esq.**
Florida Bar No.: 0629243
tonyajmeister@aol.com
Meister Law, LLC
Courthouse Tower, Suite 750
44 West Flagler Street
Miami, FL 3313
Telephone: (305) 590-5570
Telefax: (305) 675-3787
**Attorneys for Plaintiff**

**Elizabeth K. Russo, Esq.**
Florida Bar No.: 260657
ekr@russoappeals.com
**Christopher J. Bailey, Esq.**
Florida Bar No.: 042625
cjb@russoappeals.com
RUSSO APPELATE FIRM, P.A.
6101 Southwest 76th Street
Miami, Florida 33143
Telephone: (305) 666-4660
Telefax: (305) 666-4470
**Attorneys for Plaintiff**

**David J. Horr, Esq.**
Florida Bar No. 310761
davidh@admiral-law.com
**Nicholas A. Applin, Esq.**
Florida Bar No. 92243
napplin@admiral-law.com
HORR, NOVAK & SKIPP, P.A.
Two Datran Center, Suite 1700
9130 South Dadeland Boulevard
Miami, Florida 33156-7866
Telephone: (305) 670-2525
Telefax: (305) 670-2526
***Attorneys for Defendant***