UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 14-20010-CIV-MORENO

VITALII PYSARENKO,

    Plaintiff,

vs.

CARNIVAL CORP. d/b/a CARNIVAL CRUISE LINES,

    Defendant.
_____/

## FINAL JUDGMENT

Pursuant to Fed. R. Civ. P. 56 and 58, and in accordance with the reasons stated in the Court's Order Granting Defendant's Motion to Compel Arbitration on **April 30, 2014**, judgment is entered in favor of the Defendant Carnival Corp. and against Plaintiff Vitalii Pysarenko.

DONE AND ORDERED in Chambers at Miami, Florida, this 30 day of April, 2014.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

Counsel of Record